

ORIGINAL

FILED January 2, 2018
ANGIE SPARKS, Clerk of District Court
By _____ Deputy

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY

**FILED**

**MAR 06 2018**

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| STATE OF MONTANA, | ) |
| Plaintiff, | ) INDEXED |
| v. | ) Cause No. ADV-2017-949 |
| PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY INC., and RHODES PHARMACEUTICALS L.P., and JANE DOES 1-10, | ) ORDER APPROVING UNOPPOSED PRO HAC VICE ADMISSION OF LINDA SINGER, JEFFREY CHARLES NELSON, AND DAVID ANDREW BENNER |
| Defendants. | ) |

Upon the Motion of counsel for Plaintiff State of Montana, and good cause appearing,

IT IS HEREBY ORDERED that the Pro Hac Vice Admissions of Linda Singer, Jeffrey Charles Nelson, and David Andrew Benner of the law firm Motley Rice LLC, 401 9th Street, N.W., Suite 1001, Washington, DC 20004 are hereby GRANTED.

DATED this 26th day of December, 2017.

_____
HONORABLE MIKE MENAHAN
District Court Judge

c: Mark Mattioli, Assistant Attorney General
Purdue Pharma, L.P.
Purdue Pharma, Inc.
Purdue Frederick Company, Inc.
Rhodes Phharmaceuticals, L.P.

1