ORIGINAL

FILED FEB 22, 2018
ANGIE SPARKS, Clerk of District Court
By_____ Deputy

MONTANA FIRST JUDICIAL DISTRICT COURT
LEWIS AND CLARK COUNTY

**FILED**

MAR 06 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cause No. ADV-2017-949 |
| | ) | CV-18-33-H-SEH |
| PURDUE PHARMA L.P., PURDUE | ) | **ORDER GRANTING STATE'S MOTION** |
| PHARMA, INC., THE PURDUE | ) | **TO FILE DECLARATION UNDER SEAL** |
| FREDERICK COMPANY, and | ) | |
| JANE DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

INDEXED

Upon consideration of the Plaintiff State's Motion to File Declaration Under Seal and good cause appearing,

IT IS ORDERED that the State is granted leave to file the Declaration of Jeffrey C. Nelson, filed as Exhibit E to the State's Memorandum in Support of the State's Motion for a Preliminary Injunction in the above-captioned matter, under seal.

IT IS FURTHER ORDERED that the State is provided leave to unseal the Unredacted Exhibit E when information therein that was redacted as confidential may be treated as non-confidential according to the terms of the Confidentiality Agreements with the Defendant Purdue Pharma L.P.

The Clerk shall file Exhibit E to the State's Memorandum in Support of the State's Motion for a Preliminary Injunction submitted herein sealed.

DATED the 22nd day of _February_____, 2018.

_____
District Court Judge

c:   Timothy C. Fox, Montana Attorney General
     William Mercer, Holland & Hart LLP

654891

29