**FILED**

MAR 0 6 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

**HELENA DIVISION**

| | |
|---|---|
| STATE OF MONTANA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY INC., and JANE DOES 1-10,<br><br>　　　　　　　　Defendants. | No. CV 18-33-H-SEH<br><br>**ORDER** |

On March 6, 2018, the United States Judicial Panel on Multidistrict Litigation issued a Conditional Transfer Order in *In Re: National Prescription Opiate Litigation*, MDL No. 2804, in which this case was "transferred under 28 U.S.C. § 1407 to the Northern District of Ohio."[1]

ORDERED:

---

[1] Doc. 835, Conditional Transfer Order, *In Re: National Prescription Opiate Litigation*, MDL No. 2804 (March 6, 2018).

All pending motions[2] filed in this Court are DENIED without prejudice to renewal, if appropriate, before the transferee court.

DATED this 6th day of March, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Docs. 5, 7, 9.